**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| BENHUR TESFALIDET, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 18-cv-03145 RMC |
| ) | |
| DANIEL HERNANDEZ, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Benhur Tesfalidet, *et al.* (collectively "Plaintiffs") voluntarily dismiss without prejudice the above-captioned action against all Defendants. This notice of dismissal is being filed with the Court before service of either an answer or a motion for summary judgment by any Defendant. The undersigned counsel obtained consent from counsel for Defendants Steve and Tashea Ferguson, and attempted to obtain consent from counsel for Defendant iHeartRadio through both telephone and email correspondence over the course of several days. At the time of filing, counsel for Defendant iHeartRadio had yet to respond to Plaintiffs' request.

Respectfully submitted,

_____/s/_____
Donald M. Temple #408749
1310 L Street, NW, Suite 750
Washington, D.C. 20005
Tel: (202) 628-1101
dtemplelaw@gmail.com
*Counsel for Plaintiffs*

1